

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00305-CR

| | | |
|---|---|---|
| Ivery Gene Williams | § | From the 213th District Court |
| | § | of Tarrant County (1295114D) |
| v. | § | June 25, 2015 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier